IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYEESHAH WRIGHT, ET AL. | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-1102 |
| CITY OF PHILADELPHIA ET AL. | : | |
| | | |
| JACQUELINE LISA GOINS, ET AL. | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-5990 |
| CITY OF PHILADELPHIA ET AL. | : | |
| | | |
| SHENIA BANKS | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-114 |
| CITY OF PHILADELPHIA, ET AL. | : | |

**O R D E R**

**AND NOW**, this  2nd  day of March, 2015, upon consideration of Defendants' Motions to Dismiss (Wright ECF No. 13; Wright ECF No. 14; Goins ECF No. 8; Goins ECF No. 9; Banks ECF No. 2), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

A. Defendants' Motions to Dismiss Count II—the State-Created Danger Claim under § 1983— are **DENIED** as to all Defendants.

B.	Defendants' Motions as to all remaining Counts and claims are **GRANTED**.

Counts I, and III through VIII are DISMISSED against all Defendants.

**IT IS SO ORDERED.**

						BY THE COURT:

						_____
						**R. BARCLAY SURRICK, J.**